| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Kenneth Wain Proctor Jr <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–6286 <br> EIN: __–_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ |
| United States Bankruptcy Court: | District of Minnesota | Date case filed for chapter: 7  3/5/25 |
| Case number: | 25–60117 – MER | |

| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options**: | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |
|---|---|---|

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Kenneth Wain Proctor Jr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5104 County Road 4 <br> Alexandria, MN 56308 | |
| 4. | **Debtor's attorney** <br> Name and address | William P. Kain <br> Kain & Henehan, LLC <br> 808 West St. Germain Street <br> PO Box 1537 <br> Saint Cloud, MN 56302 | Contact phone: 612–438–8006 <br> Email: bill@kainhenehan.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Gene W. Doeling <br> 3429 Interstate Blvd. S. <br> Fargo, ND 58103 | Contact phone: 701–232–8757 <br> Email: gene@kaler–doeling.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 301 Diana E. Murphy U.S. Courthouse  300 South Fourth Street  Minneapolis, MN 55415 | Hours open: Monday – Friday 8:00AM to 4:30PM  Contact phone: (612)–664–5200  Web address: www.mnb.uscourts.gov  Date: 3/6/25 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 31, 2025 at 11:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **For additional meeting information, go to https://www.justice.gov/ust/moc** | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 980 141 0397, and Passcode 3977356318, OR call 1–701–607–6750** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 5/30/25**  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**  Credit Counseling and Debtor Education Information can be found at  http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 5/30/25** |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

| | |
|---|---|
| In re: | Case No. 25-60117-MER |
| Kenneth Wain Proctor, Jr | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2025 | Form ID: 309A | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth Wain Proctor, Jr, 5104 County Road 4, Alexandria, MN 56308-5459 |
| 63344019 | + | Dakota Supply Group Inc., 2601 3rd Avenue North, Fargo, ND 58102-4016 |
| 63344020 | | Elan Fin Svcs/fulton, Cb Disputes, Saint Louis, MO 63166 |
| 63344021 | + | Ferguson Enterprises, 751 Lakefron Commons, Newport News, VA 23606-3322 |
| 63344023 | | Helmuth & Johnson, 8050 W 78th St, Minneapolis, MN 55439-2530 |
| 63344024 | + | Home St Bk, 1610 Hwy 12 East, Willmar, MN 56201-3822 |
| 63344027 | | Manty & Associates, 150 S 5th St Ste 3125, Minneapolis, MN 55402-4221 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bill@kainhenehan.com | Mar 06 2025 21:34:00 | William P. Kain, Kain & Henehan, LLC, 808 West St. Germain Street, PO Box 1537, Saint Cloud, MN 56302 |
| tr | + | EDI: BGWDOELING.COM | Mar 07 2025 02:30:00 | Gene W. Doeling, 3429 Interstate Blvd. S., Fargo, ND 58103-2213 |
| smg | + | EDI: MINNDEPREV.COM | Mar 07 2025 02:30:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Mar 06 2025 21:35:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Mar 06 2025 21:35:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63344014 | | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 22:01:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 63344015 | + | Email/Text: bknotification@bell.bank | Mar 06 2025 21:36:00 | Bell Bank, PO Box 10877, Fargo, ND 58106-0877 |
| 63344016 | + | Email/Text: bankruptcynotices@bremer.com | Mar 06 2025 21:36:00 | Bremer Bank, 8555 Eagle Point Blvd, Lake Elmo, MN 55042-8626 |
| 63344017 | | Email/Text: legalrequest@commercialcreditgroup.com | Mar 06 2025 21:34:00 | Commercial Credit Group, 400 Essjay Rd Ste 340, Williamsville, NY 14221-8249 |
| 63344018 | + | EDI: CITICORP | Mar 07 2025 02:30:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 63344025 | | EDI: IRS.COM | Mar 07 2025 02:30:00 | Internal Revenue Service, General Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63344026 | | EDI: JPMORGANCHASE | Mar 07 2025 02:30:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 63344026 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:47:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Monroe, LA 71203 |
| 63344029 | + | EDI: MINNDEPREV.COM | Mar 07 2025 02:30:00 | MN Revenue, BANKRUPTCY SECTION, PO Box 64447, Saint Paul, MN 55164-0447 |
| 63344030 | + | Email/Text: julie@franklawpa.com | Mar 06 2025 21:36:00 | RDM Investments, C/O Cletus Frank, 401 5th Street SW, Willmar, MN 56201-3215 |
| 63344031 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 06 2025 21:36:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 63344032 | + | Email/Text: BWilderman@wfjlawfirm.com | Mar 06 2025 21:36:00 | Wagner Falconer & Judd, 100 S 5th Street Suite 800, Minneapolis, MN 55402-5357 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63344022 | | GM Development |
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63344028 | ##+ | Mid-Minnesota FCU, Attn: Bankruptcy, Po Box 2907, Baxter, MN 56425-6607 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene W. Doeling | mn20@ecfcbis.com gene@kaler-doeling.com;heather@kaler-doeling.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| William P. Kain | on behalf of Debtor 1 Kenneth Wain Proctor Jr bill@kainhenehan.com, MHenehan@jubileebk.net |

TOTAL: 3