# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  Case No. 25-60117

Chapter 7

Kenneth Wain Proctor, Jr.

       Debtor.

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

TO: The US Trustee, the Chapter 7 Trustee, the Debtor herein, and all other entities entitled to notice:

PLEASE TAKE NOTICE, that the meeting of creditors previously scheduled for Monday, March 31, 2025, at 11:00 a.m., **has been rescheduled** to the following date, time, and location:

Date: May 7, 2025

Time: 9:00 a.m.

Location: Zoom video meeting. Go to: zoom.us/join, enter Meeting ID 980 141 0397, and Passcode 3977356318 OR call 1-701-607-6750.

The meeting has been rescheduled by agreement between the Debtor and the Chapter 7 Trustee due to the unavailability of Debtor's counsel.

Dated: March 27, 2025                                               KAIN + HENEHAN

                                                                                  s/ WILLIAM KAIN #143005
                                                                                  Attorney for Debtor
                                                                                  808 W St. Germain Street
                                                                                  PO Box 1537
                                                                                  Saint Cloud MN 56302
                                                                                  (612) 438-8006
                                                                                  bill@kainhenehan.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| IN RE: | CASE NO: 25-60117 |
|---|---|
| KENNETH WAIN PROCTOR, JR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 3/27/2025, I did cause a copy of the following documents, described below,

Notice of Rescheduled Meeting of Creditors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/27/2025

/s/ Bill Kain
Bill Kain  143005

808 West St Germain St
Saint Cloud, MN  56301
612 438 8006
bill@kainhenehan.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

KENNETH WAIN PROCTOR, JR

CASE NO: 25-60117

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 3/27/2025, a copy of the following documents, described below,

Notice of Rescheduled Meeting of Creditors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/27/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bill Kain

808 West St Germain St
Saint Cloud, MN  56301

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-60117<br>DISTRICT OF MINNESOTA<br>THU MAR 27 12-14-45 PST 2025 | FERGUS FALLS  ST PAUL<br>200 WARREN E BURGER FEDERAL BUILDING<br>AND<br>U S COURTHOUSE<br>316 N ROBERT ST<br>ST PAUL  MN 55101-1495 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO  TX 79998-1540 |
| BELL BANK<br>PO BOX 10877<br>FARGO  ND 58106-0877 | BREMER BANK<br>8555 EAGLE POINT BLVD<br>LAKE ELMO  MN 55042-8626 | (P)COMMERCIAL CREDIT GROUP INC<br>525 N TRYON STREET<br>STE 1000<br>CHARLOTTE NC 28202-0210 |
| COSTCO CITI CARD<br>ATTN BANKRUPTCY<br>PO BOX 6500<br>SIOUX FALLS  SD 57117-6500 | DAKOTA SUPPLY GROUP INC<br>2601 3RD AVENUE NORTH<br>FARGO  ND 58102-4016 | ELAN FIN SVCSFULTON<br>CB DISPUTES<br>SAINT LOUIS  MO 63166 |
| FERGUSON ENTERPRISES<br>751 LAKEFRON COMMONS<br>NEWPORT NEWS  VA 23606-3322 | ~~EXCLUDE~~<br>~~(U)GM DEVELOPMENT~~ | HELMUTH  JOHNSON<br>8050 W 78TH ST<br>MINNEAPOLIS  MN 55439-2530 |
| HOME ST BK<br>1610 HWY 12 EAST<br>WILLMAR  MN 56201-3822 | INTERNAL REVENUE SERVICE<br>GENERAL INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JPMCB<br>MAILCODE LA47100 700 KANSAS LANE<br>MONROE  LA 71203 |
| MN REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>SAINT PAUL  MN 55164-0447 | MANTY  ASSOCIATES<br>150 S 5TH ST STE 3125<br>MINNEAPOLIS  MN 55402-4221 | MIDMINNESOTA FCU<br>ATTN BANKRUPTCY<br>PO BOX 2907<br>BAXTER  MN 56425-6607 |
| RDM INVESTMENTS<br>CO CLETUS FRANK<br>401 5TH STREET SW<br>WILLMAR  MN 56201-3215 | SANTANDER CONSUMER USA<br>ATTN BANKRUPTCY<br>PO BOX 961211<br>FORT WORTH  TX 76161-0211 | US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS  MN 55415-3070 |
| WAGNER FALCONER  JUDD<br>100 S 5TH STREET SUITE 800<br>MINNEAPOLIS  MN 55402-5357 | GENE W DOELING<br>3429 INTERSTATE BLVD S<br>FARGO  ND 58103-2213 | DEBTOR<br>KENNETH WAIN PROCTOR JR<br>5104 COUNTY ROAD 4<br>ALEXANDRIA  MN 56308-5459 |
| WILLIAM P KAIN<br>KAIN  HENEHAN  LLC<br>808 WEST ST GERMAIN STREET<br>PO BOX 1537<br>SAINT CLOUD  MN 56302-1537 | | |